FILED

SEP 1 4 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  KEVIN V. RYAN, CSBN 118321
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6915
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12
   SONG MA,                          )   No. C-05-2814-MHP
13                                   )
         Plaintiff,                  )   STIPULATION TO DISMISS; AND
14                                   )   [PROPOSED] ORDER
      v.                             )
15                                   )
   MICHAEL CHERTOFF, Secretary of the)
16 Department of Homeland Security;  )
   EDUARDO AGUIRRE, Director, U.S.   )
17 Citizenship and Immigration Services; )
   DAVID STILL, San Francisco District)
18 Director, U.S. Citizenship and    )
   Immigration Services; ROBERT S.   )
19 MUELLER, Director of Federal Bureau of )
   Investigation,                    )
20                                   )
         Defendants.                 )
21 ──────────────────────────────────

22     Plaintiff, by and through his attorneys of record, and defendants, by and through their attorneys

23 of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action because

24 the defendants have agreed to adjudicate the plaintiffs' naturalization application within 30 days of

25 the filing of this stipulation.

26     Each of the parties shall bear their own costs and fees.

27

28

STIPULATION TO DISMISS
C 05-2814-MHP                           1

Date: September 12, 2005                    Respectfully submitted,

                                            KEVIN V. RYAN
                                            United States Attorney


                                            /s/
                                            EDWARD A. OLSEN[1]
                                            Assistant United States Attorney
                                            Attorneys for Defendants


                                            /s/
Date: September 12, 2005                    JUSTIN WANG
                                            Baughman & Wang
                                            Attorneys for Plaintiff


                          **ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 9/14/05

                                            _____
                                            MARILYN HALL PATEL
                                            United States District Judge

---

[1] I, Edward A. Olsen, attest that both Attorney Wang and I have signed this stipulation and will produce the original signed copies upon request.

STIPULATION TO DISMISS
C 05-2814-MHP                               2